O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ELIAS THOMAS,<br><br>　　　　　　　Petitioner,<br><br>　　vs.<br><br>MAURICE JUNIOUS, WARDEN,<br><br>　　　　　　　Respondent. | CASE NO. CV 12-03988 JSL (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of MARCUS ELIAS THOMAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: Aug. 27, 2012

*Spencer Letts*

———————————————
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE